ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                          )
                                                     )
Homeland Security Construction                       )   ASBCA Nos. 61486, 62577, 62578
  Corporation                                        )
                                                     )
Under Contract No. W912KC-10-D-0014                  )

APPEARANCES FOR THE APPELLANT:        Victor G. Klingelhofer, Esq.
                                      Joshua D. Schnell, Esq.
                                      Leonard A. Sacks, Esq.
                                        Cordatis LLP
                                        Arlington. VA


APPEARANCES FOR THE GOVERNMENT:       Scott N. Flesch, Esq.
                                        Army Chief Trial Attorney
                                      MAJ Seth Ritzman, JA
                                        Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  October 20, 2021



LIS B. YOUNG
Administrative Judge
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61486, 62577, 62578, Appeals of Homeland Security Construction Corporation, rendered in conformance with the Board's Charter.

Dated:  October 21, 2021



PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals